# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  21-A-3984

$198.00 COST PAID

McKeever, Anthony L.

**PLAINTIFF**

VS.

Publix Super Markets, Inc.
Pepsico, Inc.
John Doe Company
Doe, John

**DEFENDANTS**

**SUMMONS**

TO: PUBLIX SUPER MARKETS, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Scott Cohen**
**Cohen & Sinowski, P.C.**
**30 Trammell Street SW**
**Marietta, Georgia 30064**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 16th day of November, 2021.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  21-A-3984

$198.00 COST PAID

McKeever, Anthony L.

**PLAINTIFF**

**VS.**

Publix Super Markets, Inc.
Pepsico, Inc.
John Doe Company
Doe, John

**DEFENDANTS**

**SUMMONS**

TO: PEPSICO, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Scott Cohen**
**Cohen & Sinowski, P.C.**
**30 Trammell Street SW**
**Marietta, Georgia 30064**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 16th day of November, 2021.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  21-A-3984

$198.00 COST PAID

McKeever, Anthony L.
_____
**PLAINTIFF**

**VS.**

Publix Super Markets, Inc.
Pepsico, Inc.
John Doe Company
Doe, John
_____
**DEFENDANTS**

### SUMMONS

TO: JOHN DOE COMPANY

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Scott Cohen**
**Cohen & Sinowski, P.C.**
**30 Trammell Street SW**
**Marietta, Georgia 30064**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 16th day of November, 2021.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  21-A-3984

$198.00 COST PAID

McKeever, Anthony L.
_____
**PLAINTIFF**

**VS.**

Publix Super Markets, Inc.
Pepsico, Inc.
John Doe Company
Doe, John
_____
**DEFENDANTS**

**SUMMONS**

TO: DOE, JOHN

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Scott Cohen**
> **Cohen & Sinowski, P.C.**
> **30 Trammell Street SW**
> **Marietta, Georgia 30064**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 16th day of November, 2021.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  21-A-3984

$198.00 COST PAID

McKeever, Anthony L.
_____
**PLAINTIFF**

VS.

Publix Super Markets, Inc.
Pepsico, Inc.
John Doe Company
Doe, John
_____
**DEFENDANTS**

## SUMMONS

TO: PUBLIX SUPER MARKETS, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> Scott Cohen
> Cohen & Sinowski, P.C.
> 30 Trammell Street SW
> Marietta, Georgia 30064

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 16th day of November, 2021.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# IN THE STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

| | | |
|---|---|---|
| Anthony L. McKeever<br>Plaintiff, | §<br>§<br>§ | CIVIL ACTION FILE |
| v. | §<br>§ | NUMBER: |
| Publix Super Markets, Inc., PEPSICO, INC., John Doe Company and John Doe Defendants. | §<br>§<br>§<br>§<br>§ | JUDGE: |

## COMPLAINT FOR DAMAGES

COMES NOW Anthony L. McKeever, hereinafter referred to as "Plaintiff" and hereby files his *Complaint for Damages* against Publix Super Markets, Inc. (hereinafter "Defendant Publix"), PEPSICO, INC, (hereinafter "Defendant PEPSICO"), John Doe Company and John Doe, hereinafter referred to as "Defendants," and in support setting forth the following:

### JURISDICTION AND VENUE

1.

Defendant Publix is a Foreign Profit Corporation with its principal place of business 3300 Publix Corporate Parkway, Lakeland, FL, 33811. Defendant Publix may be served with process by serving its registered agent, Corporate Creations Network, Inc at 2985 Gordy Parkway, 1st Floor, Marietta, GA 30066. Once served with process, it will be subject to the jurisdiction and venue of this Court.

2.

Defendant PEPSICO is a Foreign Profit Corporation with its principal place of the business at 700 Anderson Hill Road, Purchase, NY, 10577. Defendant PEPSICO may be served with process by serving its registered agent C T Corporation System at 289 Culver Street, Lawrenceville, GA, 30046. Once served with process, it will be subject to the jurisdiction and

venue of this Court.

3.

Defendants John Doe Company and John Doe are unknown at the time of filing. Plaintiff will amend this Complaint with the name and address of said defendant(s) when identified in the discovery process. Plaintiff will serve said defendant(s) with process at that time and they will become subject to the jurisdiction and venue of this Court.

4.

Jurisdiction and venue are properly in the State Court of Cobb County, GA.

**FACTS**

5.

At the time of this incident, January 2nd, 2020, Defendant Publix was an "occupier of land" (commercial tenant) of the property located at 2816 Washington Rd., Augusta, GA 30909.

6.

At the time of this incident, January 2nd, 2020, Defendant PEPSICO was on the property 2816 Washington Rd., Augusta, GA 30909 setting up a merchandise display inside the Defendant Publix retail store.

7.

At the time of the incident, January 2nd, 2020, Plaintiff was an "invitee" as a customer of Defendant Publix supermarket located at 2816 Washington Rd., Augusta, GA 30909.

8.

On or about January 2nd, 2020, at approximately 9:30 am, Plaintiff was shopping and had placed some items in his shopping cart and was proceeding toward the check-out inside of Defendant Publix's store.

9.

As Plaintiff approached the front of the store, he encountered some individuals who were setting up a merchandise display. Plaintiff proceeded to push his shopping cart toward the check-out when he walked over some clear plastic material which had been placed upon the floor near the merchandise display, Plaintiff slipped as he walked on the clear material and fell to the ground.

10.

Plaintiff suffered personal injuries and incurred medical expenses in excess of $57,000.00.

## COUNT I

## PREMISE LIABILITY OF DEFENDANT PUBLIX

11.

Plaintiff incorporates herein by this reference the allegations of the previous paragraphs of this Complaint as if each were fully set forth in their entirety.

12.

Plaintiff was an invitee on the premises at the time of the fall.

13.

Defendant Publix (or Defendants John Doe and/or John Doe Company) owed a nondelegable duty of reasonable care in keeping the premises safe for invitees such as Plaintiff.

14.

Defendant Publix was negligent in failing to properly inspect the aisle where the fall occurred, in failing to remove the hazardous conditions, in failing to take adequate measures to

protect and/or warn invitees from the hazard and in failing to keep the premises safe for invitees.

15.

Defendant Publix knew or should have known that a clear plastic material on the floor posed a danger to invitees on the premises and should have removed, or adequate caution signage should have been used to warn the invitee about the hazard.

16.

Plaintiff did not know or understand the danger posed by the clear material.

17.

Defendant Publix's negligence was the direct and proximate cause of Plaintiff's injuries, damages, and medical expenses.

## COUNT II

## NEGLIGENCE OF DEFENDANT PEPSICO

18.

Plaintiff incorporates herein by this reference the allegations of the previous paragraphs of this Complaint, as if each were fully set forth in their entirety.

19.

Defendant PEPSICO failed to follow ordinary diligence in the degree of care which is exercised by ordinarily prudent persons in the assembly of the merchandise display within a retail establishment, which constitutes ordinary diligence (O.C.G.A.§ 51-1-2).

20.

Defendant PEPSICO breached its above duty by creating a fall hazard within an occupied retail store and failing to warn and/or caution of said danger.

21.

As a result of Defendant PEPSICO'S negligence Plaintiff suffered personal injuries and incurred medical expenses in excess of $57,000.00.

## COUNT III

### VICARIOUS LIABILITY OF DEFENDANTS

22.

Plaintiff incorporates herein by this reference the allegations of the previous paragraphs of this Complaint as if each were fully set forth in their entirety.

23.

At all times relevant to this action, the individuals responsible for removing, inspecting, and maintaining the aisles of the retail store where Plaintiff fell were employed by or as agents of the Defendant Publix and Defendant PEPSICO (or John Doe Company) and were acting within the scope of their employment or agency.

24.

Defendant Publix and Defendant PEPSICO (or John Doe Company) are responsible for the conduct of said individuals under the doctrine of *respondeat superior*, agency or apparent agency.

25.

Defendants' employees and/or agents acts, or omissions were the direct and proximate cause of the Plaintiff's injuries, damages, and medical expenses.

## COUNT III

### NEGLIGENT TRAINING & SUPERVISION

26.

Plaintiff incorporates herein by this reference the allegations of the previous paragraphs of this Complaint as if each were fully set forth in their entirety.

27.

Defendants Publix and PEPSICO, or John Doe Company were negligent in failing to adopt appropriate policies and procedures to make sure that appropriate removal and/or inspections for hazardous conditions were performed on the premises and in failing to train its employees or agents concerning safety procedures for invitees.

28.

Defendants Publix and PEPSICO, or John Doe Company were negligent in training and supervising its staff and or agents.

29.

As a result of Defendant Publix and PEPSICO, or John Doe Company's negligence in training and supervising its employees and/or agents Plaintiff was injured on the premises.

**WHEREFORE**, the Plaintiff prays for a jury trial on all issues and judgment against the Defendants herein, as follows:

(a) For judgment in Plaintiff's favor for her mental and physical pain and suffering and emotional distress in an amount to be determined by the enlighten conscience of the jury.

(b) For recovery of the full value of past and future medical expenses and past and future lost wages in an amount to be proven at trial.

(c) For costs and expenses; and

(d) For such other and further relief as the Court deems just and proper.

*Respectfully Submitted*

**COHEN & SINOWSKI,**

A Professional Corporation

/s/ *Scott S. Cohen*
Scott S. Cohen
Georgia Bar Number 888269

/s/ *Allison T. Newell*
Allison T. Newell
Georgia Bar Number 984808

Attorneys for the Plaintiff

General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☑ State Court of Cobb County

**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**21-A-3984**

NOV 15, 2021 11:54 AM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

| For Clerk Use Only | | |
|---|---|---|
| Date Filed 11-15-2021 MM-DD-YYYY | Case Number 21-A-3984 | |

**Plaintiff(s)**

McKeever, Anthony L.
Last  First  Middle I.  Suffix  Prefix

Last  First  Middle I.  Suffix  Prefix

Last  First  Middle I.  Suffix  Prefix

Last  First  Middle I.  Suffix  Prefix

**Defendant(s)**

Publix Super Markets, Inc.
Last  First  Middle I.  Suffix  Prefix

Pepsico, Inc.
Last  First  Middle I.  Suffix  Prefix

John Doe Company
Last  First  Middle I.  Suffix  Prefix

Doe, John
Last  First  Middle I.  Suffix  Prefix

**Plaintiff's Attorney** Cohen, Scott   **Bar Number** 888269   **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
Case Number                Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

Version 1.1.20