## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ANTHONY L. MCKEEVER,

       Plaintiff,

vs.

PUBLIX SUPER MARKETS, INC.,
PEPSICO INC., JOHN DOE COMPANY
AND JOHN DOE,

       Defendants.

CIVIL ACTION
FILE NO.: 1:22-CV-00130-MLB

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Anthony McKeever and Publix Super Markets, Inc., Pepsico, Inc., John Doe Company, and John Doe, the parties to the above-styled case, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-styled case with prejudice.

This the 8th day of March 2022.

[Signatures on next page]

Stipulated to:

/s/ Allison T. Newell
PLAINTIFF ATTORNEY
GEORGIA BAR NO. 984808


ALLISON T. NEWELL
30 TRAMMELL ST. SW
MARIETTA, GA 30064
404-351-8888
TAYLOR@CANDSP.COM
COUNSEL FOR PLAINTIFF

/s/ GENE MAJOR
ALLISON T. NEWELL W/ EXP. PERM.
DEFENSE ATTORNEY FOR PUBLIX
GEORGIA STATE BAR NUMBER NO. 466650


GENE MAJOR
ONE PREMIER PLAZA
5605 GLENRIDGE DRIVE NE
SUITE 900
ATLANTA, GA 30342
404-688-6633
GMAJOR@FAINMAJOR.COM
COUNSEL FOR DEFENDANT PUBLIX

/s/ Alex D. Weatherby
ALLISON T. NEWELL W/ EXP. PERM.
DEFENSE ATTORNEY FOR PEPSICO
GEORGIA STATE BAR NO. 819975


ALEX D. WEATHERBY
750 PIEDMONT AVENUE NE
ATLANTA, GA 30308
404-793-0026
ALEX@WEATHERBYLAWFIRM.COM
COUNSEL FOR DEFENDANT PEPSI CO

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Gene Major
Fain Major & Brennan, PC
One Premier Plaza
5605 Glenridge Drive NE
Suite 900
Atlanta, GA 30342
gmajor@fainmajor.com
Attorney for Defendant Publix

Alex D. Weatherby
Weatherby Law Firm, PC
750 Piedmont Avenue NE
Atlanta, GA 30308
alex@weatherbylawfirm.com
Attorney for Defendant Pepsi Co

Dated on March 8th, 2022.

By: */s/ Allison T. Newell*
Allison T. Newell
Georgia Bar Number: 984808
Cohen & Sinowski, P.C.
30 Trammell St. SW
Marietta, GA 30064
404-351-8888
taylor@candspc.com